# MELVIN FINTON v. GREAT NORTHERN RAILWAY COMPANY:[1]

October 27, 1911.

Nos. 17,287—(61).

**Discretion of court.**

The trial court did not abuse its discretion in a personal injury action in reducing a verdict of $1,900 to $1,200, and denying a new trial, after two verdicts for plaintiff. [Reporter.]

Action in the district court for Ramsey county to recover $15,000 for personal injuries. The answer put in issue the allegations of the complaint respecting plaintiff's injuries. The case was tried before Kelly, J., and a jury which returned a verdict in favor of plaintiff for $1,900. From an order denying defendant's motion for a new trial, if plaintiff consented to a reduction of the verdict to $1,200, it appealed. Affirmed.

*M. L. Countryman* and *W. L. Clift*, for appellant.

*Kennedy & Kennedy*, for respondent.

PER CURIAM.

Plaintiff was a railway mail clerk, and was injured while riding in a mail car on defendant's road. The train ran off the track, the car was derailed and upset and took fire. The plaintiff recovered a verdict of $1,900, which was reduced by the trial court to $1,200. The defendant complains that the verdict as reduced by the court was not justified by the evidence, was excessive, and was given under the influence of passion and prejudice. An examination of the record leads to the conclusion that the objections are not well founded, and that the trial court did not abuse its discretion in denying the motion for a new trial.

Affirmed.

BUNN, J., took no part.

[1] Reported in 132 N. W. 1134.